

**NUMBER 13-14-00256-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**DAVID A. MCFARLING, M.D.,** **Appellant,**

**v.**

**KIMBERLY GILMORE,** **Appellee.**

---

**On Appeal from the County Court at Law No. 2
of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, David A. McFarling, M.D., perfected an appeal from a judgment entered by the County Court at Law No. 2 of Nueces County, Texas, in cause number 2013CCV61162-2. Appellant has filed an unopposed amended motion to dismiss the appeal on grounds the parties have attended mediation and reached an agreement that

fully and finally disposed of all issues in the underlying lawsuit from which this appeal arises. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed amended motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's amended motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 25th
day of September, 2014.